## In re JOE KELLY.

### No. A-2382.

Application of Joe Kelly for writ of habeas corpus. Writ denied.

McAdams & Haskell, for petitioner.

PER CURIAM. It appearing from the averments of the petition that the primal question to be determined involves the authority of a "special assistant attorney general," to institute a civil proceeding in the name of the state the writ will be denied for the reasons stated in the opinion of this court in Ex parte Fowler, 3 Okla. Cr. 196, 105 Pac. 180. The writ will, therefore, be denied.